# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Daniel Velasquez-Coliedrez,<br>A078 455 581<br>*Defendant* | ) ) ) Case No. 16-9425 MJ ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 18, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Daniel Velasquez-Coliedrez, an alien, was found in the United States of America, at or near Kaka, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Harlingen, Texas, on or about April 4, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:  *CEB*  Charles E. Bailey, P.S. for AUSA Amy Brown

☒ Continued on the attached sheet.

*Complainant's signature*
Paul M. Ford
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 21, 2016

*Judge's signature*

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Paul M. Ford, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 18, 2016, Border Patrol Agent A. Benchekroun encountered an individual near Kaka, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Daniel Velasquez-Coliedrez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Velasquez-Coliedrez was transported to the Casa Grande Border Patrol Station for further processing. Velasquez-Coliedrez was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Daniel Velasquez-Coliedrez to be a citizen of Honduras and a previously deported criminal alien. Velasquez-Coliedrez was removed from the United States to Honduras through Harlingen, Texas, on or about April 4, 2013, pursuant to the reinstatement of a removal order issued by an

immigration official. There is no record of Daniel Velasquez-Coliedrez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Velasquez-Coliedrez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Daniel Velasquez-Coliedrez was convicted of Re-Entry of a Removed Alien, a felony offense, on August 7, 2012, in the United States District Court, Northern District of California. Velasquez-Coliedrez was sentenced to eleven (11) months' imprisonment and three (3) years' supervised release. Velasquez-Coliedrez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 18, 2016, Daniel Velasquez-Coliedrez was advised of his constitutional rights. Velasquez-Coliedrez freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 18, 2016, Daniel Velasquez-Coliedrez, an alien, was found in the United States of America, at or near Kaka, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Harlingen, Texas, on or about April 4, 2013, and not having obtained

the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Paul M. Ford
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 21st day of November, 2016.

_____
Eileen S. Willett
United States Magistrate Judge